JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Leonard Uchenna Nwafor, | Case No. **CV 14-3588-JFW** |
| Petitioner, | **CR 08-526-JFW** |
| v. | **JUDGMENT** |
| United States of America, | |
| Respondent. | |

For the reasons stated in this Court's November 4, 2014 Order,

IT IS NOW, THEREFORE, HEREBY ORDERED, ADJUDGED AND DECREED, that the above-captioned action is dismissed with prejudice.

Dated: November 4, 2014

JOHN F. WALTER
UNITED STATES DISTRICT JUDGE